JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Eric Garza and Jose Garza,<br><br>  Plaintiffs,<br><br>  v.<br><br>Anthony Blinken, United States Secretary of State; Rena Bitter, Assistant Secretary of State for Consular Affairs: Julie Stufft, Deputy Assistant Secretary of State for Visa Services; Eric Cohan, United States Consul General for Ciudad Juarez, Mexico; and John Doe, Consular Officer for Ciudad Juarez, Mexico,<br><br>  Defendants. | Case No. 2:23-cv-01886-JCM-NJK<br><br>**Stipulation and Order to Extend the United States' Deadline to Answer or otherwise respond to Plaintiff's Complaint [ECF No. 1]**<br><br>**(First Request)** |

Plaintiffs, Eric Garza and Jose Garza, through counsel, and the United States of America, on behalf of Federal Defendants, through counsel, hereby agree and stipulate to extend the deadline to answer or otherwise respond to Plaintiff's Complaint by 30 days, until **March 4, 2024**.[1] The parties enter into this stipulation based on the following:

    1.    Plaintiffs filed their Complaint on November 15, 2023 (ECF No. 1).

    2.    Plaintiff served the United States with a copy of the Summons and Petition on December 4, 2023.

    3.    The current deadline for Federal Defendants to answer or otherwise respond is February 2, 2024.

---

[1] Thirty days from the current deadline, February 2, 2024, is March 3, 3024. March 3, 2024, falls on a Sunday. The first weekday 30 days from the deadline is March 4, 2024.

4. Since the filing and serving of the Complaint, the parties have engaged in discussions as to the Supreme Court's grant of certiorari in *Munoz v. U.S. Dep't of State*, 50 F.4th 906 (9th Cir. 2022), *cert. granted*, No. 23-334, 2024 WL 133818 (Jan. 12, 2024) and its possible impact on the issues in this case. The requested 30-day extension will allow the parties additional time to work with their clients to allow additional discussion and come up with a path moving forward. Should a responsive pleading be filed, Federal Defendants will move forward with responding to Plaintiffs' Complaint on or before **Mach 4, 2024**. Accordingly, the parties believe good cause exists for the extension in the interest of judicial economy and the parties' resources.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to March 4, 2024.

Respectfully submitted this 2nd day of February 2024.

JASON M. FRIERSON
United States Attorney

/s/   Anthony D. Guenther
ANTHONY D. GUENTHER, ESQ.
Nevada Bar No. 5651
721 S. 6th Street
Las Vegas, Nevada 89101
adg@adguentherlaw.com

*Attorney for Plaintiff*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** February 5, 2024