JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6530
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Eric Garza and Jose Garza, | Case No. 2:23-cv-01886-JCM-NJK |
| Plaintiff, | |
| v. | **Stipulation to Dismiss and Order** |
| Antony Blinken, United States Secretary of State; Rena Bitter, Assistant Secretary of State for Consular Affairs; Julie Stufft, Deputy Assistant Secretary of State for Visa Services; Eric Cohan, United States Consul General for Ciudad Juarez, Mexico; and John Doe, Consular Officer for Ciudad Juarez, Mexico, | |
| Defendants. | |

Plaintiffs Eric Garza and Jose Garza, and Defendants Antony Blinken, United States Secretary of State; Rena Bitter, Assistant Secretary of State for Consular Affairs; Julie Stufft, Deputy Assistant Secretary of State for Visa Services; Eric Cohan, United States Consul General for Ciudad Juarez, Mexico; and John Doe, Consular Officer for Ciudad Juarez, Mexico, ("Federal Defendants"), through their respective counsel, hereby stipulate that their action be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees of suit.

/ / /

/ / /

Plaintiffs' claims are moot considering the United States Supreme Court decision in *Dep't of State v. Muñoz*, issued on June 21, 2024. *Id.*, No. 23-334, 602 U.S. ___, 2024 U.S. LEXIS 2716. Accordingly, Plaintiff's claims should be dismissed with prejudice.

Respectfully submitted this 27th day of June 2024.

| LAW OFFICES OF ANTHONY D. GUENTHER, ESQ. | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ *Anthony Guenther, Esq.*<br>ANTHONY GUENTHER, ESQ.<br>Nevada Bar No. 5651<br>721 S. 6th Street<br>Las Vegas, Nevada 89101<br><br>*Attorney for Plaintiffs* | /s/ *Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 28, 2024